**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JAMES COGHLAN and RENEE COGHLAN, *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY L.P., *et al.*,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:11-cv-11563<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANT QWEST'S UNOPPOSED MOTION TO CORRECT AN OMISSION IN EXHIBIT A TO THE SETTLEMENT AGREEMENT**

　　　Defendant Qwest Communications Company, LLC ("Qwest") has filed an Unopposed Motion to Correct Omissions in Exhibit A to the Settlement Agreement (the "Motion", Docket Entry No. 34). The Motion concerns the Michigan Class Settlement Agreement (the "Settlement Agreement," Dkt. # 25-2) that the parties have submitted to this Court. The Settlement Agreement includes its attached "Exhibit A," which constitutes Defendants' designation of Settlement Corridors. Qwest mistakenly failed to include certain Settlement Corridors in the existing Exhibit A. The Motion includes an attached Revised Exhibit A that corrects Qwest's error. This Court has considered the Motion and it is hereby ORDERED that: (a) the "Motion to Fix Exhibit A to Settlement Agreement" [Dkt. # 34] is GRANTED; and (b) the Revised Exhibit A attached to the Motion shall be substituted for the existing Exhibit A for all purposes under the Settlement Agreement and otherwise in this action.

　　　　　　　　　　　　　　　　　　　　　　 s/Robert Cleland
　　　　　　　　　　　　　　　　　　　　　ROBERT H. CLELAND
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-2-

Dated: July 10, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 11, 2012by electronic and/or ordinary mail.

                                                        s/Lisa Wagner
                                                      Case Manager and Deputy Clerk
                                                      (313) 234-5522