UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES COGHLAN, et al.,

    Plaintiffs,

v.                              Case No. 11-11563

SPRINT COMMUNICATIONS COMPANY
L.P., et al.,

    Defendants.
                                      /

**ORDER AUTHORIZING DISBURSEMENT
OF THE SUSMAN GROUP'S ESCROW FUNDS**

On December 20, 2012, this court ordered "that the Susman Group may file a motion requesting disbursement of its 4.446-percent share of the [settlement] award, but until such time as that motion is filed and granted the Susman Group's share shall remain in escrow." (Order at 3, Dkt. # 44.) The Susman Group filed such a motion. Accordingly,

IT IS ORDERED that the Susman Group's motion requesting disbursement of its share of the settlement award [Dkt. # 45] is GRANTED. The Garretson Firm Resolution Group, Inc. is DIRECTED to disburse 4.446 percent of the Michigan fee-and-expense award from the Michigan Fiber Optic Counsel Qualified Settlement Fund to the Susman Group.

                                           s/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: January 9, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 9, 2013, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522